JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEFF JINKINS,<br><br>    Plaintiff,<br><br>v.<br><br>MACY'S WEST STORES, INC., an Ohio Corporation; and Does 1-10,<br><br>    Defendants. | Case: 5:15-CV-00329-ODW-SP<br><br>**ORDER OF DISMISSAL** |

**ORDER**

In light of the Joint Stipulation for Dismissal filed by the parties (ECF No. 24), this action is hereby **DISMISSED** in its entirety with prejudice.

Dated: October 2, 2015      _____
                                      HONORABLE OTIS D. WRIGHT, II
                                      UNITED STATES DISTRICT COURT JUDGE